# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| WASSEEM HAMDAN, Derivatively on Behalf of INTERCLOUD SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> MARK MUNRO, MARK F. DURFEE, CHARLES K. MILLER, NEAL L. ORISTANO, and ROGER M. PONDER, <br><br> Defendants, <br><br> and, <br><br> INTERCLOUD SYSTEMS, INC., <br><br> Nominal Defendant. | Civil Action No. 16-cv-3706 (PGS)(DEA) |

## NOTICE OF MOTION

To:   All Counsel on ECF Mailing List

COUNSEL:

**PLEASE TAKE NOTICE** that on Monday, December 5, 2016, at 10:00 a.m., or as soon thereafter as counsel may be heard, the undersigned counsel for Plaintiff shall move before The Honorable Douglas E. Arpert, U.S.M.J., at the Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Courtroom 6W, Trenton, NJ 08608 to seal the following in accordance with Local Civil Rule 5.3: (a) paragraphs 26-28, 37, 39, 40, 60, 61, 75, 77, 79, 82, and 93(a)-(c) of the Amended Verified Shareholder Derivative Complaint and (b) Exhibits HH through CCC attached to the Amended Verified Shareholder Derivative Complaint.

The undersigned intend to rely upon the Local Civil Rule 7.1(d)(4) Statement In Lieu of

Brief.

The undersigned hereby consents to disposition of this motion on the papers in accordance with Fed. R. Civ. P. 78.

Dated: November 2, 2016

                              **GAINEY McKENNA & EGLESTON**

                              By: */s/ Barry J. Gainey*
                                  Barry J. Gainey (BG7560)
                              95 Route 17 South, Suite 310
                              Paramus, NJ 07652
                              Telephone: (201) 225-9001
                              Facsimile: (201) 225-9002
                              Email: bgainey@gme-law.com

                              -and-

                              **GAINEY McKENNA & EGLESTON**
                              Thomas J. McKenna
                              Gregory M. Egleston
                              440 Park Avenue South
                              New York, NY  10016
                              Telephone: (212) 983-1300
                              Facsimile: (212) 983-0380
                              Email: tjmckenna@gme-law.com
                              Email: gegleston@gme-law.com

                              *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 2, 2016.

>                              */s/ Elaine Rosa*
>                              Elaine Rosa